IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Cherry Road Investors 2, LLC, Cherry Road Investors 5, LLC, Cherry Road Investors 6, LLC, Cherry Road Investors 13, LLC, Cherry Road Investors 17, LLC, Cherry Road Investors 21, LLC, and Cherry Road Investors 26, LLC, <br><br> Plaintiffs/Petitioners, <br><br> vs. <br><br> TIC Properties, LLC, TIC Properties Management, LLC, Poinsett Capital Advisors, LLC, Barry Gruebell, John W. Boyd, and Paul M. Aiesi, <br><br> Defendants/Respondents. | C.A. No. 6:12-3076-TMC <br><br> **OPINION & ORDER** |

Cherry Road Investors 2, LLC, Cherry Road Investors 5, LLC, Cherry Road Investors 6, LLC, Cherry Road Investors 13, LLC, Cherry Road Investors 17, LLC, Cherry Road Investors 21, LLC, and Cherry Road Investors 26, LLC, are hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). The above-named Plaintiffs are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina

November 27, 2012