# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Cherry Road Investors 2, LLC, Cherry Road Investors 5, LLC, Cherry Road Investors 6, LLC, Cherry Road Investors 13, LLC, Cherry Road Investors 17, LLC, Cherry Road Investors 21, LLC, and Cherry Road Investors 26, LLC,

      Plaintiffs/Petitioners,

vs.

TIC Properties, LLC, TIC Properties Management, LLC, Poinsett Capital Advisors, LLC, Barry Gruebbell, John W. Boyd, and Paul M. Aiesi,

      Defendants/Respondents.

Civil Action No. 6:12-03076-TMC

**ORDER FOR JUDGMENT**

This matter came before the court following the court's order for remand (ECF No. 58). On September 24, 2013, the arbitrator issued a clarification of an ambiguity in the parties' arbitration award (ECF No. 60), which the parties agree renders unnecessary further motion practice or proceedings. Therefore, based on all the files, records, and proceedings herein, and based on the parties' stipulation (ECF No. 60), the court issues the following order.

**ORDER FOR JUDGMENT**

1. The arbitrator's award dated July 27, 2012 (ECF No. 17-12), as clarified on September 25, 2012 (ECF No. 17-13) and September 24, 2013 (ECF No. 60), is hereby confirmed in all respects.

2. The parties' motions to vacate, modify, or correct the arbitration award, to the extent not already addressed by the court or voluntarily dismissed by the parties, are hereby denied in all respects.

1

3. All claims, counterclaims, and third-party claims, including Defendants' / Respondents' Direct Claim (ECF No. 33), are hereby dismissed with prejudice and without costs or fees to any party.

**LET FINAL JUDGMENT BE ENTERED ACCORDINGLY.**

<u>s/Timothy M. Cain</u>
Timothy M. Cain
United States District Court Judge

Anderson, South Carolina
January 15, 2014